UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-22886-CIV-MARTINEZ-BROWN**

OMAR EGUSQUIZA,

    Plaintiff,

vs.

PROFESSIONAL PROTECTION SERVICES,
LLC, a Florida corporation, and ASDEL
VASQUEZ, individually,

    Defendants.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Final Default Judgment **(D.E. No. 23)**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant **Professional Protection Services, LLC** for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Furthermore, after notice by the Court and an Order to Show Case to which **Defendant Asdel Vasquez** did not respond, *see* (D.E. No. 21), he has also defaulted. Counsel for Plaintiff filed an Affidavit with the Court as to the amount due from Defendants. Accordingly, it is

**ADJUDGED** that the Motion for Default Final Judgment is **GRANTED**. Judgment is hereby entered in favor of Plaintiff OMAR EGUSQUIZA and against Defendants PROFESSIONAL PROTECTION SERVICES, LLC and ASDEL VASQUEZ. It is further

**ADJUDGED** that Plaintiff shall recover from Defendant compensatory damages in the amount of $4,760; liquidated damages in the amount of $4,760; attorney's fees and costs in the amount of $4,310; for a sum total of **$13,830**. Interest shall accrue on this judgment pursuant to 28 U.S.C. §1961. For which sum let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of December, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record