UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-22886-CIV-Martinez/Brown

OMAR EGUSQUIZA AND
CARD & GLENN, P.A.,

    Plaintiff,

v.

PROFESSIONAL PROTECTION
SERVICES, LLC, A FLORIDA
CORPORATION, ASDEL VASQUEZ,
INDIVIDUALLY,

    Defendant,

v.

WACHOVIA BANK, A DIVISION OF
WELLS FARGO BANK, N.A.,

    Garnishee.
_____/

## ANSWER OF GARNISHEE AND DEMAND FOR GARNISHMENT DEPOSIT

    COMES NOW Garnishee, Wachovia Bank, A Division of Wells Fargo Bank, N.A., by and through its undersigned attorneys, and answers the Writ of Garnishment served herein on it and says:

    1. At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ), and at the time of this Answer, and in between said times, the **Garnishee was not indebted to Defendant(s)**, "Professional Protection Services, LLC, and Asdel Vasquez".

    2. The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of this Answer, and knows of

WF 13921311

no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

3. The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by Florida Statute Section 77.28.

### DEMAND FOR GARNISHMENT DEPOSIT

The Clerk will please pay to the undersigned the $100.00 garnishment deposit required by Section 77.28 *Florida Statutes*, in the above-styled cause.

MARKS GRAY, P.A.

By _/s/ John B. Kent_
John B. Kent
Florida Bar No. 042442
P. O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that copy hereof has been furnished to those addresses listed on the attached Service List by U.S. mail on March 16, 2011.

MARKS GRAY, P.A.

By _/s/ John B. Kent_
John B. Kent
Florida Bar No. 042442
P. O. Box 447
Jacksonville, FL 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

WF 13921311

SERVICE LIST

Jack Dennis Card, Jr., Esq.
Card & Glenn, P.A.
2131 Hollywood Blvd Ste 405
Hollywood, FL 33020

Andrew Ira Glenn, Esq.
2501 Hollywood Blvd Ste 100
Hollywood, FL 33020

WF 13921311

# WELLS FARGO BANK, N.A.

To all Clerks of the County Courts and Circuit Courts of the State of Florida and United States District Courts:

Re: Payment of the $100 Statutory Deposit
to Garnishee for its Attorneys Fee

Ladies / Gentlemen:

Please pay the $100.00 garnishment deposit which, pursuant to Chapter 77, Florida Statutes, is due to Wells Fargo Bank, N.A., as Garnishee, based on its demand therefore, directly to our attorneys:

John B. Kent, Esquire
Marks Gray, P.A.
1200 Riverplace Boulevard, Suite 800
Jacksonville, Florida   32207

Taxpayer Identification Number: 59-1514046

We appreciate your cooperation.

Sincerely yours,

Erin Shannon
Legal Order Processing Department
Wells Fargo Bank, N.A.